208.   On 29 Jan 2019, after the complaint against the 41 defendants (individual and official capacity), LTC Bozgoz notices the District Court Clerks separated the summonses for the VA defendants from the other defendants (the summonses were intermixed when presented).  The clerk issuing the VA summonses used blue ink and the other clerk issuing the other defendants used black ink.  Insiders informed the Bozgozes that approximately two hours after they filed the suit in District Court an emergency meeting was held at the Veterans Benefits Administration office in which Mr. Clark and Mr. Burke were moved.  This lead the Bozgozes to believe that this meeting and these personnel changes were catalyzed by the filing of the suit.

209.   On 2 Feb 2019, Robert's brother dies after his stroke. Robert's ADA Representative informs Mike Frueh and leadership on the face of the initial claim and ask them to follow the rules so others don't suffer and tax dollars are not wasted.

210.   On 12 Feb 2019, District Judge Orders plaintiffs Margaret and Austin Bozgoz to show cause with a due date of 5 March. Service of Summonses were placed on hold.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

211.   On 14 Feb 2019, OEDCA sends the Final Agency Decision (FAD) through the mail. The Bozgozes received the FAD on 20 Feb 2019. The FAD contains false facts namely that ORM conducted the EEO investigation instead of a third-party contractor on behalf of the U.S. Postal Service. It fails to disclose that Robert's claims were removed from ORM on 16 May 2018 due to fraud, waste, and abuse.

212.   **From 12 Feb to date,** L. Marie Anderson, Lois Scoon, Gary Richardson are named on the ORM documents as the main conspirers.

213.   **On 5 March 2019,** the ADA Representative filed the show cause response and a request for Reasonable Accommodation to protect their family and to prevent Robert from suffering a life ending stroke like his brothers on 2 Feb 2019.

214.   **On 5 March 2019**, Robert filed a motion and complaint to intervene with LTC M. Sue and Austin Bozgoz's Zone of Interest/RICO case against the VA and its associates.

215.   **On or about 12 March 2019**, the Bozgozes contacted the District Court and request an update as they want to know if they can serve the

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium**,** Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

94

1    summonses. The District Court Clerk informs the Bozgozes that Judge Amy
2    Judy requested that they need to wait.

3

4    216.    **30 March 2019,** the Veterans Affairs violates the ADA interference Law by
5    issuing a proposal to fire Robert if he does not violate his doctor's orders and
6    return back to work knowing: (1)  that the last time he violated his doctors and
7    returned to work in protest on 18 June 2019, he suffered a stroke, (2) his
8    brother just died of a stroke on 2 Feb 2019, (3) VA Refused to conduct an
9    OSHA investigation because it would generate a Worker's Compensation
10   claim/DOL investigation which would have to be reported to congress, (4) his
11   doctor's orders stated a return to work date on July 2019 and (5) they were
12   violating the 1990 ADA/1973 Rehabilitation Act.

13

14   217.    **On 1 Apr 2019**, Robert received the letter from VA informing him that the
15   VA intended to remove him from employment under the provisions of 38
16   U.S.C. 714. They requested from Robert's doctor a pinpointed date that he
17   would return from his stroke knowing that the doctor said he would not be
18   able to return until July 2019.  https://www.youtube.com/watch?v=d-
19   HrDDoUP9c&t=3s

20

21

22   Margaret and Robert Bozgoz
     3553 Burr CT Unit A
23   Fort George G Meade, MD 20755
     410-858-0107
24
     Lance Fulgium**,** Pro se
25   945 W. 5N, Street Apt A2
     Mountain Home
     ID, 83647

                                    95

218.  **On 1 Apr 2019,** Robert's doctors inform Robert if VA is not willing to conduct a Safety inspection and change their ways, Robert's life was in danger of suffering another stroke. Robert's younger brother died of a stroke on 2 Feb 2019. Robert had no other choice but to resign as a normal person would not have put up with the abuse.

219.  **On 2 Apr 2019**, Robert sent the VA a letter resigning under protest due to the ongoing acts of retaliation since 11 Jan 2019 to date.  As a result he further complained that he was constructively discharged from his employment with the VA because the actions of the Department of Veterans Affairs from 11 Jan 2018 to 2 Apr 2019 were so intolerable that he had no other choice than to resign on 2 Apr 2019 for reasons including but not limited to, continued fear for his health given that both he and his brother suffered strokes in the past year, his brother's being fatal.

220.  **On 2 Apr 2019**, the VA obstructed delivery of my letter of resignation by: (1)  refusing to accept it at the VBA Human Resources Office from my secondary ADA Representative, and (2) refusing to accept it from my wife and primary ADA representative. https://www.youtube.com/watch?v=d-HrDDoUP9c&t=3s

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium**,** Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

96

221.   **On 2 Apr 2019**, the VA obstructed justice, violated the 13th Amendment and violated the ADA Interference law by preventing the delivery of my letter of resignation.  Angela Kendrix called for additional security officers when my ADA representative requested the Security Guard call Angela Kendrix to come to the 5th Floor Security Desk to pick up my letter of resignation. When my wife discovered what was happening she ran out of the building and while running and bumping into several witnesses and twisted her foot in the process. Hard evidence was captured on tape: https://www.youtube.com/watch?v=ghzrwaz-X-s&list=UUfjXoxzVPlkqddMIvX0s_Pw&index=2

222.   **On 2 April 2019**, I was so offended about how VA treated my wife and ADA Representative that I sent a memorandum to Mr. Wilkie, my colleagues, Christopher King and NBC News outlining my disgust for their treacherous deeds. https://www.youtube.com/watch?v=d-HrDDoUP9c&t=3s

223.   **On 3 April 2019**, Angela Kendrix contacted my wife via email and stated that she would accept my resignation which my wife was forced to leave at the security desk. She informed her to coordinate my equipment turn-in with Debbie Anderson. My wife coordinated with Debbie Anderson and requested

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium**,** Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

1   Reasonable Accommodations as she did not trust VA. Debbie promised to

2   have all my personal items ready for pick up.

3

4   224.   **On 2 Apr 2019**, Judge Jackson, VA General Counsel, VA leadership,

5   Assistant U.S. Attorney Fred Haynes conspired and hid the reasonable

6   accommodations in the PACER system.  Judge Jackson then responded to

7   the Bozgozes complaint with a marginal note on a document in PACER and

8   the allowed Mr. Haynes to deny in its entirety reasonable accommodations.

9   The Bozgozes then responded to the court and asked that it not allow

10  Assistant U.S. Attorney Fred Haynes to deny reasonable accommodations for

11  health and safety issues and under Title II ADA [Interference and Due

12  Process]. Judge Jackson failed to respond. However, on 5 April 2019, she

13  lied in PACER and stated she denied leave. However, on the RA document

14  Judge Amy Jackson states on the Bozgozes hidden RA request [which they

15  did not receive a mail copy] Judge Jackson states leave for RA was granted.

16

17  225.   **On 3 Apr 2019**, Angela Kendrix contacted my ADA rep by email and

18  informed her that she accept my resignation which my ADA rep was forced to

19  leave at the security desk.  Ms. Kendrix then informed my ADA rep to

20  coordinate my equipment turn-in which Debbie Anderson.  My ADA rep

21  coordinated with Debbie Anderson and requested Reasonable

22  Margaret and Robert Bozgoz
    3553 Burr CT Unit A
23  Fort George G Meade, MD 20755
    410-858-0107

24  Lance Fulgium, Pro se
    945 W. 5N, Street Apt A2
25  Mountain Home
    ID, 83647
                        98

Accommodations because she did not trust VA. Debbie promised to have all my personal belongings ready for pickup to include all Reasonable Accommodations filed in the VA's RAPIDS system.

226. **On 4 April 2019** [and after **3 months of Plaintiffs filing in District Court**], Mr. Wilkie's attorneys, Jessica K Liu, Daniel F. Van Horn and Fred E. Haynes enter a notice of appearance followed by a motion to interfere with the ADA law by opposition to plaintiff's motion to expedite.

227. **On 4 April 2019** District Court answers Motion to Show cause.

228. **On 12 April 2019**, I turned in my Federal Equipment downstairs vs upstairs. Everything was captured on tape. VA failed to give my wife my RA packet as promised. My wife called Debbie four times. Twice Debbie stated she was on her way downstairs with my RA file. We left after three hours of waiting for my RA files. These files should have been in RAPIDS. A copy of the RAPIDs files located in the transmittal file indicated that VA provided me all my requested RA on 8 March and there is no undue hardship. This contradicts the facts.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

229.    **On 12 April 2019**, VA failed to provide the following RA items: A copy of Robert's Reasonable Accommodation file which should be listed in RAPID as per 13164. (1) All RA Requested from 2016 to date, (2) All RA denied from 2016 to date, (3) A list reasons why each Reasonable Accommodations were dismissed from 2016 to date and as per Executive Order 13164, (4) List of Names who denied Robert's RA request as per Executive Order 13164, (5) List and dates of all interactive meetings as per Executive Order 13164, (6) List of all DMOs Designation Management Official (Starting with Angela Kendrix).

230.    **On 31 May 2019**, Robert Bozgoz, as ADA Representative and Lance's driver arrived, at 5:00 AM at 18th and G Streets in Washington, DC to attempt service of summons on Angela Kendrix and Voncelle James.

231.    **On 31 May 2019,** at approximately 5:40 am., Lance Fulgium attempted to serve Angela Kendrix, however, she dodged service and stated, "nice try" and walked into the building at 1800 G ST NW.  We had waited for Ms. Kendrix under the building's overhang next to the door closest to the security x-ray machine. Robert Bozgoz pointed Ms. Kendrix out to Lance as she approached by stating, "Good Morning, Angela."

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium**,** Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

232.    **On 31 May 2019** Lance reported Angela Kendrix actions to the Security

desk at the first floor. When Lance asked the Security Guards their name, they

turned their backs and said they don't have names.

https://www.youtube.com/watch?v=I9x0I27U8B4&t=406s

233.    Upon informing the Security Guard that Lance was going to leave Ms.

Kendrix's summons with them, they informed him that they were directed to

throw legal documents in the trash.

234.    Lance reported VA's Security Guard Actions to his employer, LTC M. Sue

Bozgoz who informed Mr. Fred Haynes, Former Assistant U.S. Attorney for the

District of Columbia.

235.    **31 May 2019 at approximately 11:00 am**, Mr. Fred Haynes volunteered

to coordinate the Service of Process due to Angela Kendrix dodging Lance's

service of summons and VA's Security threatening to throw the summons into

the trash. https://www.youtube.com/watch?v=I9x0I27U8B4&t=406s

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

236.    **On 31 May 2019,** Lance's girlfriend's sister, Dina "Stephanie" Espinosa died while taking photographs at Lake Tahoe. Therefore, our goal was to serve the summonses quickly, get Lance paid and allow him to travel to Oakland, CA for the funeral. https://www.youtube.com/watch?v=yvR_EiXXWA8

237.    **On 31 May 2019,** Angela Kendrix filed a police report at approximately 3:30 pm with the VA's Security.

238.    **On 2 June 2019,** Robert Bozgoz drove Lance Fulgium, his process server, to a number of the Defendant's home addresses.  At Voncelle James' home,   her father-in-law answered the door and stated: (1) he was not a resident and (2) he would not accept service.  Before the gentleman shut the door, Lance informed him that he was going to leave the summons at the door hoping Voncelle James would acknowledge service later.  Lance informed his employer to contact Mr. Fred Haynes to expedite the process.

239.    **On 4 June 2019,** Robert Bozgoz went to the District Court to have additional summonses issued for Margarita Devlin, Denise Williams, Christopher

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

1 Wunsch, Karen Agee and Kevin Brown. This information was provided to Mr.

2 Haynes.

3

4 240.     **On 5 Jun 2019**, Mr. Haynes sent an email to Robert Bozgoz informing

5 him that Darryl Blackwell, was the VA's Point of Contact for service of summons.

6 He also provided Mr. Blackwell's telephone number and email addresses.

7 Robert then called Mr. Haynes to confirm receipt of the email, informed him that

8 he was recording the call and Mr. Haynes consented.

9

10 241.     **On 5 Jun 2019**, Mr. Blackwell and Plaintiff Margaret Sue Bozgoz, had a

11 telephone conversation in which Mr. Blackwell stated that he was the Policy and

12 Security Director for VA, and he had been coordinating with

13

14         (a) Mr. Fred Haynes, Former Assistant U.S. Attorney,

15         (b) James Byrne, VA General Counsel, and

16         (c) VA Defendants to include Voncelle James and Angela Kendrix.

17 Mrs. Bozgoz informed him that both Ms. James and Ms. Kendrix would need

18 to be re-served their summons because they did not acknowledge their

19 summons or ran from the Process Server,  The telephone call was

20

21

22 Margaret and Robert Bozgoz
3553 Burr CT Unit A
23 Fort George G Meade, MD 20755
410-858-0107

24 Lance Fulgium**,** Pro se
945 W. 5N, Street Apt A2
25 Mountain Home
ID, 83647

1    memorialized by an email from Robert Bozgoz, sent to both Mr. Haynes and

2    Mr. Blackwell.

3

4    242.    **On 5 June 2019**, Mr. Blackwell stated that everyone was briefed and

5    prepared to cooperate at any time. The Bozgozes and Lance agreed to start

6    immediately as Lance had a death in the family on 31 May 2019 and had to fly to

7    California.

8

9

10   243.    **On 5 June 2019**, Mr. Blackwell informed us that he had met with his team

11   and would be ready on the afternoon of 6 June 2019.

12

13   244.    **On 5 June 2019**, the Bozgozes informed Mr. Blackwell that we would

14   continue service. We specifically stated that because Voncelle James and

15   Angela Kendrix failed to acknowledge proper service, we would have to re-serve

16   them. Mr. Haynes and Mr. Blackwell said nothing.  On 5 June 2019, Robert

17   acting as the Lance's driver/ADA representative under the 1990 ADA Act drove

18   him to the residences wherein, he served the following defendants:  Mr. Willie

19   Clark, Ms. Margarita Devlin, Dr. Paul Lawrence, Ph.D., and Lakiaha Marie

20   Anderson.  All were cordial.  Dr. Lawrence reminded Lance to videotape the

21

22   Margaret and Robert Bozgoz
     3553 Burr CT Unit A
23   Fort George G Meade, MD 20755
     410-858-0107

24   Lance Fulgium, Pro se
     945 W. 5N, Street Apt A2
25   Mountain Home
     ID, 83647

                                104

service of summons.  This led the Plaintiffs to believe that Mr. Blackwell had

briefed the defendants on 5 June 2019 as noted and also evidenced by Angela

Kendrix's 6 June 2019 email (after VA leadership and Angela saw saw the video

of Voncelle and Khalil James assaulting Lance and his driver) that she had a

meeting with VA General Counsel, James Byrne and they directed her to inform

the Plaintiffs that she should acknowledge service of the summons on 31 May

2019.

245.     **On 6 June 2019,** at approximately 5:00 am, Robert Bozgoz drove Lance

Fulgium process server to continue to serve VA defendants.  Lance attempted

service on Angela Kendrix, at her home, but missed her.

246.     **On 6 June 2019** at approximately 5:55 am, Lance Fulgium, the Process

Server with ADA representative and driver, Robert Bozgoz, arrived at Voncelle

James' residence.  They parked across the street from her home on the

shoulder.   Robert reclined his seat back and waited for the process server to

complete his mission.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium**,** Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

247.    **On 6 June 2019** at approximately 7:00 am, when Lance Fulgium, the Process Server saw Voncelle James he walked towards her, told her who he was and that he had legal documents to serve on her.  At which time, she started screaming and her husband came towards Lance Fulgium, the Process Server and ordered Lance Fulgium, the Process Server not to step on his property.  The Process Server's ADA rep and driver, Robert Bozgoz, started recording with his cellphone because he was in fear of his and his process server's life.  Lance told Mr. James that he was going to drop the legal documents/summons at the end of the driveway and leave.  Mr. James then proceeded to turn back towards his house.  Mrs. James retaliated against the Plaintiffs and Lance, the Process Server, by screaming that his wife (Lance's mother and ADA rep) and him (Lance's father and ADA rep) were stalkers and she had "Protective Order" against them and she was going to call the police.  She then pointed at the Process Server's driver who was parked across the street in his vehicle and taunted her husband to turn around and go after him.  Lance feared for his life and his father's life because Voncelle yelled out twice "babe don't do it."  Lance quickly found himself in defensive mode matching his steps with Mr. James' steps and always kept himself between Mr. James and his driver.  Lance found himself penned up between the driver and Mr. James.  Lance reminded Mr.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium**,** Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

James that he was big like him should he try to harm the driver. Mr. James response was "you are not big like me you are horny." Although, Lance had a back-injury Robert was in fear of Lance's life as he froze and dropped his cellphone while it was recording. Mr. James then lied and said he saw the car parked there at 5:00 am. He then asked Robert if he was stalking his wife to which Robert replied, "I'm not stalking anyone, no". Mr. James got one inch from Lance's face as if he wanted to hurt both Lance and Robert. Lance then demanded that he please get out of his face. At which time, Mrs. James ran from her property across the street, violating her own "pre-made" protective order, to pull her husband off Lance and then assaulted Lance by sticking her phone in his face. She then announced to the world "this is Mr. Bozgoz he quit in lieu of being fired for the mistreatment of his employees". Robert was shocked because this was not a fact. Mrs. James was the supervisor not Robert. Lance then repeated that his job and his driver's job was legal because they were there only to serve legal documents. Robert was recording only to protect himself and his process server only because of her lies thus far. Once Lance sensed that we could leave, he walked backwards from the driver's side of the car to the passenger side of the car always keeping both Mrs. and Mr. James in clear sight so they could not strike him from behind. When Lance passed Mr. James, Mr. James

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

threatened him stating "I will see you again, I will see you again." Mrs. James

also said yes, we will see you again. When Lance reached the passenger side of

the vehicle Mrs. James knew she could not intimidate him.  Lance saw her

violate her premade protective order again by charging at his drive. Lance then

ordered his driver to roll up his window and ignore her. When she realized that

Lance, the Process Server, would not allow her to mentally torture his driver.

Voncelle James then violated her protective order again by assaulting the car by

taking photos of the license tag inhibiting the process server and his driver's

movement. This was captured on video using a cellphone and reported to Mr.

Haynes, Mr. Blackwell on 6 June at 9:00 AM (video).  Although, this is a

whistleblower video, Judge Zuberi Williams ordered the Bozgozes to remove the

video using false testimony provided by Voncelle James with the guidance of Mr.

Haynes, VA Leadership, VA General Counsel James Byrne, and Mr. Blackwell.

This information was also reported to District Judge Amy Jackson, Montgomery

County District Court Commissioners and Montgomery County States Attorney.

Equal protection under the law was requested but denied. ADA Advocate and

Journalist, Chris King Whistleblows on VA and the Judicia System:

https://www.youtube.com/watch?v=8l5oycKf3nU,

https://www.youtube.com/watch?v=h4s_uDFOVY4&t=3s

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

108

248.    **On 6 June 2019** at 7:12 am, Lance Fulgium, the Process Server and his driver/ADA rep departed the area.  At 7:13 am, Voncelle James retaliated against the process server's driver and Lieutenant Colonel Margaret Bozgoz by filing a false police report (https://www.youtube.com/watch?v=iPSYV4RJAEA and Video https://www.youtube.com/watch?v=I9x0I27U8B4 and https://www.youtube.com/watch?v=h4s_uDFOVY4&t=3s).  She stated to the police that process server's driver said he would "get her."  Lance had asked his ADA rep to drive him because of the death in his girlfriend's family on 31 May 2019, the process server did not have a military ID card to get on post and the process server did not know the area because he lives in Idaho.   In addition, the process server, Lance Fulgium's parents are his ADA representatives who had hired him under the 1990 ADA Act and he is protected.

249.    **On 6 June 2019** at approximately 7:54 am, the Plaintiffs and Lance went over everyone whom he served the day before, 5 June 2019 to include Voncelle on 6 June 2019.  Robert then sent this information to Mr. Blackwell and Mr. Haynes at approximately 8:00 AM because the plan was to move forward serving summonses at the three VA locations later that day.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium**,** Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

250.   **On 6 June 2019 at approximately 9:00 am** Robert and Lance returned home.  Robert and Lance updated LTC. M. Sue Bozgoz.  When LTC M. Sue Bozgoz reviewed the video recording, she was triggered because she knew Voncelle had accessed her records and Voncelle knew that Sue had PTSD resulting from stalking while she was on active duty.  Mrs. James' stunt was choreographed by Mr. Haynes, Mr. Blackwell and other defendants as nothing more than a psychological attack on Robert, Sue and Lance.  Sue immediately contacted Mr. Haynes, Mr. Blackwell and VA leadership and sent them the video and asked them to help her understand what Voncelle meant when she said she at 7:00 AM that she had a preplanned protective order against them for stalking. Lieutenant Colonel Bozgoz informed VA leadership, VA General Counsel, Mr. Blackwell and the former Assistant U.S. Attorney, Mr. Haynes if this is what they discussed in their 5 June meeting.  If so, stop it and let's move forward with the service of the summonses as promised.

251.   **On 6 June 2019** at approximately 10:00 am, Lance asked Sue Bozgoz, his mother and ADA representative to contact Mr. Blackwell to find out the

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

110

service of summonses plan for the day.  Mr. Blackwell refused to respond but he sent her an email at 10:00 am which was empty.

252.     **On 6 June 2019** at approximately 11:17 am: (1) VA Leaders, (2) Mr. Blackwell, (3) Mr. Haynes and (4) VA General Counsel, James Byrne retaliated against:   Robert and Sue Bozgoz for Lance's serving Voncelle James properly. Mr. Haynes, Mr. Blackwell, VA General Counsel, James Byrne, and VA Defendants retaliated by directing/guiding Voncelle James to file (1) a false police report on the process server's driver, (2)  a false peace order against, Robert and Lieutenant Bozgoz (Lieutenant Colonel Bozgoz was never at Mrs. James house but remained at home coordinating with VA Security Mr. Blackwell and Former Assistant U.S. Attorney, Mr Haynes. The peace order was filed approximately; (1) two hours after Mrs. Bozgoz sent VA Leadership the Video of Lance's proper service on Voncelle James which demonstrated the assault and slander on Robert/driver and Lance, (2) four hours after Lance served Voncelle James properly and (3) two hours after Voncelle James filed the false police report.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium**,** Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

111

253.   **On 6 June 2019**, VA's General Counsel, Mr. James Byrne, VA Leaders, Mr. Blackwell, and Mr. Haynes retaliated by directing Voncelle James to file the peace order against the Bozgozes at the Montgomery County Court House. The attorneys (U.S. Attorneys and VA General Counsel) informed Voncelle James not to file a false peace order against Lance Fulgium, the Process Server because if they had they knew Voncelle James and her conspirators could be prosecuted for a felony, interfering with a process server under 18 U.S.C. § 1501. Instead they committed subornation of perjury by having her procure a peace order against the Bozgozes.

**On 6 June 2019,** the Peace Order hearing recording at approximately 11:00 AM see: https://www.youtube.com/watch?v=iPSYV4RJAEA&t=252s indicated that: (1) Judge Williams, (2) Judge Amy Jackson, (3) VA Leadership, (4) Mr. Haynes, (5) Angela Kendrix, (6) VA General Counsel, Mr. James Byrne, and (7) Mr. Blackwell conspired to throw out the Plaintiffs' Federal District Court case by obstructing justice and interfering with Lance's legal duties as a process server.  Mrs. James cried to Judge Williams by using Lance's 31 May 2019 service encounter with Angela Kendrix as her own in order to develop the second harassment incident required for the Peace Order against Robert

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

112

and M. Sue Bozgoz who was not on site on either 31 May 2019 and 6 June 2019.

254.    **On 6 June 2019 at 7:00 AM,** Voncelle James perjured herself and committed slander on Robert by stating to Lance Fulgium that:

(1) Mr. Bozgoz entered her property.

(2) Mr. Bozgoz resigned in lieu of being fired.

(3) By stating Lance's parents were stalkers

(4) She had a premade protective order against the Bozgozes

See: https://www.youtube.com/watch?v=iPSYV4RJAEA&t=252s

255.    **On 6 June 2019**, Judge Williams informed Voncelle James where Robert Bozgoz was located before Voncelle James told him. Ref: where he was parked which leads one to believe that someone briefed Judge Williams before Voncelle James appeared before him.

256.    **On 6 June 2019**, Robert and Sue Bozgoz were not given the opportunity to waive their rights to an interim Peace Order hearing which effected Lance's job

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium**,** Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

113

as a process server because under the Americans with Disability Act he needed his driver.

257.     **On 6 June 2019**, Angela Kendrix informed the Bozgozes that she had spoken with VA General Counsel and they informed her to finally accept service of summons on 5 June 2019 for 31 May 2019.   Her email was sent after she had received the video recording.

258.     **On 6 June 2019**, Mr. Haynes and Mr. Blackwell cancelled the planned service of process without telling the Bozgozes or their process server leading them to believe they were being set up somehow.

259.     **On 6 June 2019**, in order to silence Sue Bozgoz from exposing VA corruption, Voncelle James, under direction from VA Leadership, VA General Counsel, James Byrne, Mr. Haynes, and Mr. Blackwell lied and said she was being cyberbullied. She then requested to violate LTC Bozgoz's first amendment rights and force her to take down her videos from YouTube.  In addition, in order to get the FBI involved under the Patriot Act, Voncelle James lied on the Peace

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

114

1    Order Petition stating the Bozgozes were driving around with weapons in their

2    car.  This was a common method of the VA to silence Whistleblowers.

3

4    260.    **On 7 June 2019,** an Anne Arundel Sheriff's Department Deputy

5    interrupted Lance's service of process duties by serving the Bozgozes with a

6    Peace Order that was based on perjured testimony orchestrated by the

7    defendants. See: https://www.youtube.com/watch?v=_fhXguTVagw

8

9

10   261.    **On 9 June 2019,** LTC Ms. Sue Bozgoz requested an investigation on Mr.

11   Haynes and Mr. Blackwell from VA Leadership, Office of Accountability and

12   Whistleblower Protection (Dana Dizel),  VA OSHA (Mr. John Green) and the

13   Office of Special Counsel (Robert NaChanza) on Lance's behalf due to the false

14   peace order and interference with service of summons.

15

16   262.    **On 10 June 2019**, VA General Counsel (James Byrne) met with Voncelle

17   James and directed her to retaliate by filing false criminal charges against the

18   Bozgozes using Journalist and former states attorney, Chris King's video that he

19   posted on 8 June 2019 to YouTube.   They did this knowing Voncelle James had

20   procured a fraudulent peace order.

21

Margaret and Robert Bozgoz
22   3553 Burr CT Unit A
Fort George G Meade, MD 20755
23   410-858-0107

24   Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
25   Mountain Home
ID, 83647

115

263.    **On 13 June 2019**, Voncelle James perjures herself in open court about what happened on 6 June 2019.

264.    **13 June 2019**, Voncelle James testifies the reason she did not the tell the Bozgozes that she did not accept service when Lance left the summons at her home on 2 June 2019 is because VA Counsel said they would talk to the Judge (Amy Jackson).

265.    **On 13 June 2019**, Voncelle James testified in open court that she lied on the petition about LTC M. Sue Bozgoz being present at her house with Lance Fulgium on 6 June 2019, because the "clerk directed her" and information on the peace order petition was left over information.

266.    **On 13 June 2019,** Judge Williams refused admit into evidence any the Bozgozes' evidence while guiding Voncelle James what evidence to provide. He was not impartial. He then told the Bozgozes that they should have hired someone else to service the summonses instead of Lance, who was protected

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium**,** Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

116

1     under the Americans with Disabilities Act (ADA).  This was an insult against the

2     ADA and the Maryland Rules regarding service of process.

3

4     267.     **n 13 June 2019,** Judge Williams issued a void order while gaslighting  and

5     ignoring the facts. He even ignored the video which clearly showed that my

6     Robert Bozgoz was not on the James's property and that he remained in the

7     vehicle on a public thoroughfare.   More importantly it showed Voncelle and her

8     husband assaulting and harassing the process server and his driver in violation

9     of Federal law.  In addition, Judge Williams issued a fraudulent void order without

10     establishing subject matter jurisdiction which the Defendants including Voncelle

11     James used to constantly to bring false criminal charges against the Bozgozes to

12     hide their misdeeds.  In addition, Judge Amy Jackson, also knows about the

13     conspiracy and void order and has done absolutely nothing.

14

15

16     268.     **On 13 June 2019**, Judge Williams quashed the subpoenas for all

17     competent witnesses who could have informed the court that Voncelle James

18     falsified her petition for the Peace Order which prevented Lance Fulgium from

19     doing his job.  In addition, Judge Williams testified for Voncelle James and lied

20

21

22     Margaret and Robert Bozgoz
3553 Burr CT Unit A

23     Fort George G Meade, MD 20755
410-858-0107

24     Lance Fulgium**,** Pro se
945 W. 5N, Street Apt A2

25     Mountain Home
ID, 83647

1  when asked why Voncelle James lied on the first page of the Petition for Peace

2  Order.

3

4  269.        **On 14 June 2019,** LTC M. Sue Bozgoz filed a Motion with the District

5  Court for the District of Columbia seeking protection under Title II of the

6  Americans with Disabilities Act from the defendants and to have the U.S.

7  Marshals Office serve the remaining individual defendants.   Judge Jackson

8  ignored this request.   Had Judge Jackson not ignored 5 March 2019 Reasonable

9  Accommodation Request the Bozgoz and their process server's health would not

10  be at risk and justice would not be delayed.

11

12

13  270.        **On 16 June 2019,** Commissioner Tracy D'Souza denied LTC M. Sue

14  Bozgoz equal protection by denying her Petition for a Peace Order and criminal

15  charges against Mrs. James.

16

17  271.        **On 18 June 2019**, Commissioner J. Gray denied Lance Fulgium equal

18  protection by refusing to accept his request for criminal charges against Mrs.

19  James after Judge Williams walked into room and gave LTC Bozgoz, Lance's

20  ADA Representative, the greeting of the day.

21

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

272.     **On 21 June 2019**, Mr. Haynes states he is retiring and requests the court

for another extension.  He also lied by stating he was confused about who was

left to be individually served.   The Bozgozes kept him and Mr. Blackwell updated

whom needed to be served.  In addition, Mr. Haynes retired suddenly after being

caught by the Bozgozes for conspiring against them.


273.     **On 24 June 2019,** Judge Amy Jackson lies by stating she reviewed the

plaintiffs' documents objecting to another continuance and equal protection of the

Bozgozes because it had escalated to a health and safety hazard.  These

documents had not yet been received by the Court on 24 June 2019.   The

certified mail return receipt shows it was received on 25 June 2019.  Had the

Bozgozes been allowed equal access to the Court and granted an ECF/CM login

and password then Judge Jackson would have received their objections and her

statement would have been true.  Judge Amy Jackson continues to put the

Bozgozes' safety and Civil Rights Case at risk by allowing the VA and the

Montgomery County States Attorney to continue to use a fake Peace Order to

bring false criminal charges against them.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

274.     **On 24 June 2019**, Judge Amy Jackson refused to disclose she has stock with investors [and/or subcontractors]who are doing business with Veteran Affairs.

275.     **On 24 June 2019**, the States Attorney's representative agrees after seeing the service of process video that Voncelle James and Khalil James assaulted the Bozgozes' process server and his driver.  They also interfered with service of process.  However, Tawana Holland disagreed and informed Lance that his charges against Mr. Khalil James would dismiss as Nolle Prosequi.  She failed to comply with Titles II, III and V of the ADA and denied me equal protection by refusing to inform Lance's ADA rep of the status of the charges but to the contrary, told his ADA rep to stop sending her information.

276.     **On 9 July 2019**, Judge Williams refuses to recuse himself. He does not establish subject matter jurisdiction. He tells the Bozgozes if they do not like his decision to appeal it (https://www.youtube.com/watch?v=2bADasbaBEU). He denies all the Bozgozes evidence again and accept Voncelle James evidence of Chris Kings Whistleblower video of VA/Judicial Corruption in this case: https://www.youtube.com/watch?v=h4s_uDFOVY4&t=23s.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

120

277. **On or about, 5 August**, the Assistant U.S. Attorney left out the Third Amended Complaint when responding to whom he was going to accept service of process for the defendants in their official and individual capacities. On 6 August, Judge Jackson also admits the Third Amended Complaint was overlooked. This was done to hide the facts so Voncelle James through VA General Counsel and other defendants could continue to bring false criminal charges against the Bozgozes and hide their own misdeeds. Also Judge Amy Jackson's clerk calls the Bozgozes and tells her NOT to list Lance Fulgium on their claim as Judge Amy Jackson has not decided whether or not she will allow him to intervene yet: https://www.youtube.com/watch?v=8l5oycKf3nU&t=286s

278. **On or about 7 Aug 2019**, Voncelle James through VA Leadership, Judge Amy Jackson, US Attorney's Office for the District of DC, Matt Khan, Commissioner for Montgomery County the Bozgozes receive another Criminal Charge filed by Voncelle James using her fake peace order procured by her perjury. https://www.youtube.com/watch?v=iPSYV4RJAEA&t=1162s and Exhibit 1, Criminal Charges using false manufactured peace order)

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

**Claim 2**

42 U.S.C § 1983

Bivens

279.    The plaintiffs and Lance Fulgium, the process server, reallege all facts

from claim 1 above.

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of

any rights, privileges, or immunities secured by the Constitution and [federal laws].

Under *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics,*

403 U.S. 388 (1971), you may sue federal officials for the violations of certain

constitutional rights.

A. Are you bringing suit against:

_X_ Federal officials (a *Bivens* claim)

_X_ State or local officials (a § 1983 claim)

B. **Section 1983** allows claims alleging the "deprivation of any rights, privileges, or

immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If

you are suing under section 1983, what federal constitutional or statutory right(s)

do you claim is/are being violated by state or local officials:

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium**,** Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

a.  First Amendment,

b.  Third Amendment,

c.  Fourth Amendment

d.  Fifth Amendment,

e.  Sixth Amendment,

f.  Eight Amendment

g.  Ninth Amendment,

h.  Tenth Amendment

i.  Thirteenth Amendment,

j.  Fourteenth Amendment,

k.  Titles II, III, V and VI of the Americans with Disabilities Act

l.  the right to serve summonses without interference or assault 18 U.S.C. § 1501.

C.  Plaintiffs suing under **Bivens** may only recover for the violations of certain constitutional rights.  If you are suing under **Bivens**, what constitutional rights do you claim are being violated by federal officials:

a.  First Amendment,

b.  Third Amendment,

c.  Fourth Amendment,

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

123

d.  Fifth Amendment substantive and procedural due process,

e.  Ninth Amendment,

f.  Thirteenth Amendment

D.  Section 1983 allows defendants to be found liable only when the have acted

"under color of any statute, regulation, custom, or usage, of any State or Territory

or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section

1983, explain how each defendant acted under color of state law.  If you are

suing under *Bivens*, explain how each defendant acted under color of federal

law.

**275. Amy Jackson, Federal District Judge (Individual and Official Capacity)**

A. **On 29 Jan 2019,** Judge Amy Jackson failed to disclose she has investments

in companies doing substantial business with Veterans Affairs.

B. **On 29 Jan 2019 to date**, Judge Amy Jackson denied the Bozgozes due process

by refusing equal access to the court by denying them an ECF/CM login and

password.  Her actions also violated the Eighth Amendment to the Constitution

by requiring the Bozgozes to incur excessive fines for mailing court pleadings,

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium**,** Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

124

driving and parking at the Courthouse when other similarly situated plaintiffs are allowed to file electronically.

C. **From 29 Jan 2019 to date**, Judge Amy Jackson failed to acknowledge the Bozgozes motions. It took her 1 to 3 months to answer several of the Bozgozes complaints and 1 day to answer the Assistant U.S. Attorney's motions.

D. **From 29 Jan 2019 to date**, Judge Amy Jackson manipulated the ECF/CM system in VA's favor by hiding the reasonable accommodations request.

E. **From 29 Jan 2019 to date**, Judge Amy Jackson had exparte meetings with VA and the US Attorney's office. She conspired to throw out the Bozgozes' KKK case with merit as evident by her 2 April action followed by Mr. Hayne's 5 April Action to dismiss the Bozgozes Reasonable Accommodation motion that only a Reasonable Accommodation expert can do and as evidenced by Voncelle Jackson's 13 June 2019 testimony under oath.

F. **From 29 Jan 2019 to date**, Judge Amy Jackson thought about her own financial interest and VA's contractors/subcontractors vs. Justice as evidenced by her response to recuse herself regardless of indisputable evidence.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

125

G. **On 5 March 2019,** Judge Amy Jackson denied reasonable accommodation Under the ADA Title II Law knowing she loses immunity if this act was violated.

H. Instead of addressing the ADA request on <u>5 March 2019</u>, and sending it to the appropriate Reasonable Accommodation manager, Judge Amy Jackson hid the Reasonable Accommodation request in pacer [after she allowed US Assistant Attorney, Fred Haynes to Gaslight the Bozgozes into thinking the US Attorney's Office and VA could violate civil rights while hiding behind the American flag.

I. **On 5 March 2019** Judge Amy Jackson failed to acknowledge Austin Bozgoz's disabilities, medical bills and how Austin had been affected by VA's abuse on Robert Bozgoz. Instead, Judge Amy Jackson dismissed Austin as a Zone of Interested Plaintiff in VA's favor. Judge Amy Jackson also ignored Lance Fulgium's medical documents/disabilities and how the civil rights violations exacerbated the Bozgozes disabilities.

J. On 22 April 2019, the plaintiffs responded to the defendant Wilkie's Memorandum in Opposition to Plaintiffs Motion for Reasonable Accommodation Request. RA

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

was requested Under Title II (Due Process) Ref: Expedite. The defendant's memorandum stated that the plaintiff had neither explained what they mean by expedite nor why their alleged disabilities require that the case be expedited. First, RA is confidential. The Court had the Bozgozes medical records and explained to the court. Secondly, the defendant does not have legal authority to deny reasonable accommodations. The court should have sent the request to their RA Coordinator. The Bozgoz's further explained the reasonable accommodation request required action to prevent further health and safety issues. This Memorandum interfered with the District Court operations thereby impacting the Bozgozes Fifth Amendment right to due process. The First Amendment was violated because the Reasonable Accommodation request was hidden in PACER.

K. **On 12 July 2019,** when Judge Amy Jackson denied the Bozgozes' Motion to Recuse herself and the Bozgozes' Motion for an ECF/CM login and password [again]. Judge Amy Jackson further lied, gaslighted [AKA Administrative Trickery] and stated the Bozgozes did not have reasonable grounds for her recusal. Judge Amy Jackson lied to protect her investors interest and her own misdeeds. This affected the Bozgoz's Fifth Amendment rights to due process of

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium**, Pro se**
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

law.  The United States Constitution guarantees an unbiased judge who will always provide litigants with protection of all rights.

L . **On 24 and 25 June 2019,** the Bozgozes provided Judge Amy Jackson with evidence how the: (1)  Montgomery County States Attorney, (2) Mr. Fred Elmore Haynes, Former Assistant U.S. Attorney for the District of Columbia, (3) Mr. Darryl Blackwell, VA Security Policy Director, (4) VA General Counsel, (5) VA Leadership and (6) Judge Zuberi Williams through Voncelle James conspired to bring false criminal charges against the Bozgozes using a void order and without establishing subject matter jurisdiction.   The Judge's failure to act affected the Bozgoz's Fifth Amendment rights to due process.

M . **On 29 Jan to date**, the Bozgozes provided evidence how VA Headquarters and Agencies are allowed to ignore justice, the law, rules and regulations, their own agencies polices and "get away" with it **using**: (1) Administrative Trickery, (2) Gaslighting the Public out of Billions of congressional appropriated funds (3) Presidential Executive Order 12196 and while VA Leadership watched and/or mentored employees.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

128

N. Judge Amy Jackson lied on June 24, 2019 when she stated she reviewed the Bozgozes' response to Mr. Fred Haynes extension. When in fact Judge Amy Jackson did not. The Bozgozes mailed their response on June 24, 2019. They were forced to mail their response because Judge Amy Jackson refused to allow the Bozgozes access to the Court through the ECF/CM a benefit offered to all.

O. **On 24 June 2019** Judge Amy Jackson refused the Bozgozes and their process server Equal Protection under the law after their process server was assaulted on June 6, 2019.

P. **On or about 12 July 2019,** The Assistant U.S. Attorney, Matthew Kahn **[and United States Army Jag Attorney]**, refused [ignored] the Bozgozes Equal Protection under the law and their new process server Harry Ponack equal protection under the law when Harry Ponack was threatened by defendant Christopher Wunsch.

Q. **From 29 Jan to date,** Judge Amy Jackson is prejudiced because she constantly informs the Bozgozes she plans to dismiss the Bozgozes Ku Klux Klan 42 U.S.C.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

§ 1983 case with merit as soon as the Defendants provides her with the proper motion.

R.  On or about 5 August 2019, Judge Jackson had her clerk call the Bozgozes to inform them to not add Lance Fulgium as a plaintiff and that he should not sign any documents that were to be filed with the Court.

S. **From 18 Jan to date, the Defendants listed on the face of this claim and the initial amended claim**, have not provided the District Court with the proper motion to dismiss Bozgozes Ku Klux Klan 42 U.S.C. § 1983 case with merit because the case arose from a civil rights action on January 11-12, 2018 and the Court must go to the merits before it dismisses as the court is fair and impartial. In addition, the District Court knows individuals who are incompetent and willful cannot be dismissed yet Judge Amy Jackson continues to write on most of her orders, how she will evidentially rule in the Bozgozes case by stating, ***"that she was looking of dispositive motions"***

T.  The records shows from 2009 to date, Judge Amy Jackson is a millionaire who owns stock and benefits as an investor from VA contracts/contractors. To do anything in the Bozgozes favor would hurt Judge Amy Jackson's pocketbook.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

130

The Montgomery County States Attorney dropped Lances' charges against the James's. They have also dropped the criminal charges against the Bozgozes as of 16 July 2019, however, Judge Williams is abusing his power by ignoring his void order and making the Bozgozes appeal it separately which is a waste of resources.

U. The defendants on the face of this claim and the amended complaint tortured the Bozgozes not to find justice but conspired to intimidate, oppress delay the Bozgozes District Court case while denying the Bozgozes rights, waste their resources, and rob them of their family time. They did this using fake criminal charges, fraudulent peace orders, false police reports, using Voncelle James [as a scapegoat], while denial of due process against Title II without fear of losing immunity. The Defendants abused their power to coverup fraud, waste, abuse, perjury, and cover up: Judge Amy Jackson's, Judge Williams, VA General Counsel, Fred Haynes, VA's Policy and Security Director Darryl Blackwell's illegal actions against the Bozgoz using tax dollars and violating the ADA law, Title II due process.

V. The lack of protection and lack of Action as described above by **Judge Amy Jackson** caused the Plaintiffs the following harm: (1) decline in health, (2)

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

131

denial in Safety (3) unwanted threats, (4) humiliation, (5) loss of privacy, (6) increase in family medical bills, (7) loss of faith in the VA and Judicial system, (8) Denial of due process, (9) Loss of family time due to administrative trickery, (10) tricked into going through a Judicial System that is rigged in VA's favor, (11) Denial of effective RA for family, (12) denial of Constitutional Rights and (13) interference/delay of Justice, (14) a void order which Subject Matter Jurisdiction was NOT established, (15) venerability to receiving fraudulent criminal charges, (16) loss of business contract opportunity. Her actions of ignoring safety and hiding RA put Robert's life at risk. She knows Robert's younger brother died of a stroke on 2 Feb 2019. Why would she ignore/hide RA? Unless she is meant to harm?

**276. Zuberi Bakari Williams, District Judge for Montgomery County (Individual and Official Capacity)**

A. **Judge Zuberi Williams**  violated the Bozgozes' First Amendment Fourth Amendment, Fifth Amendment, and Fourteenth Amendments rights by conspiring with VA General Counsel, James Byrne, Assistant US Attorney Mr. Haynes, and Judge Amy Jackson as the evidence shows on June 6, June 13 and July 9, 2019 hearings.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

132

B. Judge Zuberi Williams ignored the facts and the 6 June video recording showing

the James's assaulted Lance Fulgium, the process server and Robert Bozgoz,

his driver, in violation of 18 U.S.C. § 1501 on June 6, 2019 while carrying out his

duties as a process server.  **This also violated the Bozgozes' Fourteenth**

**Amendment rights to equal protection because although Robert Bozgoz**

**remained in the vehicle and Lieutenant Colonel Bozgoz was at home he**

**issued Mrs. James a Peace Order against them both**.  This further denied

them their rights under the Titles II, V, and VI of the Americans with Disabilities

Act of 1990.


C.     Judge Williams ignored the fact that Voncelle James filed a false police

report on June 6, 2019 at the hearing on June 13, 2019.


D.     Judge Williams ignored the fact that Voncelle James retaliated against the

Bozgozes 4 hours later and submitted a false Peace Order petition with

manufactured evidence provided by VA General Counsel, Mr. Haynes, Mr. Darryl

Blackwell and VA leadership in advance (5 June).

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium**,** Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

E.    Judge Williams on June 6, 2019 knew information in advance, and he guided Voncelle James through her testimony including her where the car was parked.  This is information he could only know if he had been briefed in advance.

F.    Judge Williams refused indisputable evidence regarding Robert Bozgoz's location on June 6, Margaret Bozgoz's location on June 6 and Voncelle James' false police report.

G.    Judge Williams also ignored the fact that Voncelle stated on June 6, 2019 at 7:00 AM that she had obtained a Protective Order for stalking against the Bozgozes before she received the Peace Order from Judge Williams four hours later.

H.    Judge Williams ignored the fact on May 31, 2019 that the process server and his driver attempted service on Angela Kendrix and Angela Kendrix dodged service.  This is significant because Voncelle James used this incident as the first instance of harassment against Robert Bozgoz.  This allowed her to procure the false Peace Order against Robert Bozgoz and Margaret Bozgoz under

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

134

harassment and stalking. This denied the Bozgoz's equal protection under the law because Voncelle James was not even present when the service attempt was made.

I.    Judge Williams also refused Judge Amy Jackson's order which proved Lance Fulgium, process server and Robert Bozgoz, his driver were on a legal mission on June 6, 2019.

J.    **On June 6, 2019,** Judge Williams ignored the fact that Voncelle James stated in open court that VA Attorneys, Mr. Haynes and Judge Amy Jackson were conspiring to throw out the Bozgozes case on June 24, 2019.

K.    On 6 June 2019, Judge Williams bootstrapped Robert's information to allow Voncelle James to gain a fake harassment charge.

L.    On 6 June 2019, Judge Williams allowed VA through Voncelle James to show him a whistleblower video to use as harassment against the Bozgozes. He violated the Bozgozes' First Amendment right to speak out against the government.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

135

M. On 6 June 2019, Judge Williams knew what he was doing, as he informed Voncelle James that when someone receives a peace order, they are vulnerable.

N. On 6 June 2019, Judge Williams informed Voncelle James that she needed two incidents to equal harassment. He failed to get the second incident for M. Sue Bozgoz. This further denied them their rights under the Titles II, V, and VI of the Americans with Disabilities Act of 1990.

O. **On June 13, 2019,** Judge Williams ignored the fact Voncelle James stated the reason she did not acknowledge acceptance of the process servers summons on June 2, 2019 because she was guided by Mr. Haynes, VA Attorneys and Mr. Darryl Blackwell that she needed a second instance of harassment in order to procure the Peace Order. In addition, Voncelle James stated the Attorneys and Judges would be talking among themselves.

P. **On or about 18 June 2019**, Judge Williams conspired with Commissioner Gray to deny Lance's criminal charges against Khalil James and Voncelle James.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

136

Q.    Judge Williams and the States Attorney's Office for Montgomery County denied Reasonable Accommodations under Title II to protect themselves and Judge Zuberi Williams from losing immunity.  They did this before they forced the Bozgozes to attend upcoming criminal hearing on July 22, 2019.

On 9 July 2019, Judge Williams informed the Bozgozes in open court that the documents and whatever Voncelle James said under oath could not be used in other courts.  He further violated the Bozgozes' Eighth Amendment rights by requiring them to pay appeals costs separately although the hearing were conducted together.  He further violated the Bozgozes' Fourteenth Amendment rights by failing to establish subject matter jurisdiction.  This further denied them their rights under the Titles II, V, and VI of the Americans with Disabilities Act of 1990.

R.   From 31 May 2019 to date, Judge Williams, Judge Amy Jackson, VA General Counsel, James Byrnes, States Attorney, Mr. Haynes and Mr. Matthew Kahn and VA Leadership ignored the fact that Voncelle James procured false pending criminal charges against the Bozgozes using journalist and former states

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

137

attorney Chris King's video (a third party).  This violated their Fourteenth Amendment rights to due process.

S.     Judge Williams on 6 and 13 June 2019, unlawfully and without consent of the parties combined the two cases of Robert Bozgoz and Margaret Bozgoz in to one.  Thus, bootstrapping the allegations against Robert Bozgoz to apply to Margaret Bozgoz violating their Fourteenth Amendment Right to equal protection. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990.

T.     However, on or about 9 July 2019, when the Bozgozes motioned the court (Judge Williams) to explained why he disrespected the court by issuing a void ordered, he denied the challenge and told the Bozgozes that they could appeal his void order all they wanted.  This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990.

U.     **At the 9 July 2019,** hearing Judge Williams stated that subject matter jurisdiction is not an issue contrary to the legal requirement that subject matter jurisdiction can never be waived.   This violated the Bozgozes' Fourteenth

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

Amendment rights to due process of law.

https://www.youtube.com/watch?v=2bADasbaBEU&t=5s

V.    **At the 9 July 2019**, hearing Judge Williams stated that nothing that was discussed would be used at any other hearings. The purpose of this was so that only Voncelle James' evidence would go forward.

W.    **At the June 13, 2019,** hearing Judge Williams denied all the Bozgoz's subpoenas for the June 13, 2019 hearing even though they were requested to provide testimony as competent witnesses and in their own individual capacity. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990.

X.    **On the June 6, 2019** hearing [without the Bozgozes being present] Judge Williams expedited Voncelle James' perjured Peace Order while Voncelle James gaslighted him on recorded/taped.

Y.    Judge Williams denied the Bozgozes' evidence against Voncelle James while accepting her evidence (June 6, June 13 and July 9 hearings). This

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

139

violated the Bozgozes equal protection and due process rights under the Fourteenth Amendment.

Z. Judge Williams ignored the facts (6 June 6, 13 June and 9 July hearings). This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990.

AA. **On or about 9 July 2019,** Judge Williams denied the Motion to Challenge the Void Order. https://www.youtube.com/watch?v=2bADasbaBEU&t=5s

BB. **On or about 9 July 2019,** Judge Williams denied the Motion requesting a finding of facts. He listed on his response, "if the respondents want an answer let them appeal." He wrote this knowing although the Court refused to allow Robert and Margaret Bozgoz to testify separately because [according to Judge Williams on 9 July 2019], the court has a right to try two separate cases [with two separate case numbers] together due to resources. However, if these individuals wanted to appeal, they have to appeal separately costing them double violating the Eighth Amendment and Fourteenth Amendment.
https://www.youtube.com/watch?v=2bADasbaBEU&t=5s

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

140

CC.    Judge Williams **guided** Voncelle James 6 June 6 and 13 June hearings as the evidence shows throughout the court recordings. When Voncelle James was confused or "stuck", Judges Williams gave Voncelle James the right answer she was looking for.  For example, on 13 June when the plaintiffs asked Voncelle James why lied on the petition, Judge Williams testified for her stating the clerk sometimes fill out of the information.  Voncelle then accused the clerk for lying on the second pages of the petition to obtain the peace order against the Bozgozes. This denied the Bozgozes' their Fourteenth Amendment rights to due process. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990.

DD.    Judge Williams refused to recuse himself during the July 9, 2019 hearing when the Bozgozes informed him about the above-mentioned reason/grounds for recusal.  https://www.youtube.com/watch?v=2bADasbaBEU&t=5s

EE.    **On or about 9 July 2019,** Judge Williams refused to provide reasons for his decision to deny the Bozgoz's Motion for a Void Order.  He simply stated the Bozgozes filed a claim against Voncelle James.  This violated the Bozgozes'

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

141

Fourteenth Amendment right to due process.

https://www.youtube.com/watch?v=2bADasbaBEU&t=5s

FF.    **On 13 June 2019,** Judge Williams stated [after reviewing the Bozgoz's 6 June 2019 tape in open court] that the Bozgozes were not creditable and Voncelle James was. In addition, Judge Williams stated on the recorded that Voncelle James provided organized evidence while not accepting any of the Bozgozes evidence.

GG.    **On 13 June 2019,** Judge Williams stated that if the Bozgozes were not satisfied with his ruling they could appeal. Ms. Bozgoz responded that she was not happy, and they would be appealing the void order. Judge Williams then stated, "Please do not talk over me as I know you wanted your response to go on the recorded". Responding against void order is what saves the public from Judges who do not establish subject matter jurisdiction.

HH.    **On 9 July 2019,** Judge Williams ignored the fact that Voncelle James filed false criminal charges against the Bozgozes using his fake peace order which he issued without establishing subject matter jurisdiction and the 2 harassment incidents.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

142

II. **On 9 July 2019**, Judge Williams took several breaks using his computer leading one to believe he may have been communicating with the VA. Judge Williams received several documents proving fraud, waste, abuse and perjury. The United States Constitution guarantees an unbiased Judge who will always provide litigants with full protection of all rights. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990.

JJ. The lack of protection and lack of Action as described above by **Judge Williams** caused the Plaintiffs the following harm: (1) decline in health, (2) denial in Safety (3) unwanted threats, (4) humiliation, (5) loss of privacy. Increase in family medical bills, (6) loss of faith in the VA and Judicial system, (7) Denial of due process, (8) Loss of family time due to administrative trickery, (9) tricked into going through a Judicial System that is rigged in VA's favor, (9) Denial of effective RA for family,(10) denial of Constitutional Rights and (11) interference/delay of Justice,(12) a void order which Subject Matter Jurisdiction was NOT established, (13) venerability to receiving fraudulent criminal charges, (14) loss of business opportunity.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

143

**277.** **John McCarthy, States Attorney for Montgomery County (Individual and Official Capacity)**

**Senior Legal Assistant Tawana Holland (Individual and Official Capacity)**

A. On 24 June to about 5 July 2019, The Montgomery County States Attorney received overwhelming evidence that Voncelle James procured Peace Orders against the Bozgozes using false evidence. They failed to put measures in place to protect the Bozgozes from further false criminal charges brought against them by Voncelle James, the VA, the U.S. Attorney's Office. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990.

B. On or about 16 July 2019, the States Attorney's Office dropped criminal charges against Robert and Sue Bozgoz due to this fact. However, on the 26 July 2019, Voncelle with the guidance and assistance of VA General Counsel, VA leaders, Assistant U.S. Attorney Matt Kahn, Judge Williams, and Judge Jackson procured another fake criminal summons against Robert Bozgoz using the same Peace Order obtained by using manufactured evidence. This

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

1   further denied them their rights under Title II, V, and VI of the Americans with

2   Disabilities Act of 1990.

3

4   **C.** On or about 5 July 2019, the Montgomery County States Attorney threw out

5   the Bozgozes' son and process server, Lance Fulgium's charges against

6   Khalil James knowing that Voncelle James procured the Peace Orders using

7   manufactured evidence leaving them vulnerable.  The lack of action

8   described about by the States Attorney's Office caused the Bozgozes and

9   Lance Fulgium undue threats, humiliation and violated their due process and

10  equal protection rights under the Fourteenth Amendment and their rights the

11  Eighth and Ninth Amendments.

12

13

14  **D. The Montgomery County States Attorney's Senior Legal Assistant**

15  **Tawana Holland** informed the process server's ADA representative Margaret

16  Bozgoz not to contact her in regarding to Lance Fulgium's charges against

17  Khalil James knowing that Margaret Bozgoz was Lance's ADA representative

18  in violation of the ADA Interference Law under Title II.  She further informed

19  Mrs. Bozgoz that the States Attorney's Office was going to throw out Lance's

20  charges against Khalil James for assaulting him and that Margaret Bozgoz

21

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium**,** Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

1   was a defendant in the fake criminal case against her that was still pending.

2   This further denied them their rights under Title II, V, and VI of the Americans

3   with Disabilities Act of 1990.

4

5   **278. Tracy D'Souza, District Court Commissioner for Montgomery County District**

6   **Court (Individual and Official Capacity)**

7   A. On or about 16 June 2019, The Montgomery County States Attorney and

8   **Commissioner Tracy D'Souza** denied Margaret Bozgoz equal protection under

9   the law after she approved Voncelle James' false criminal charges.

10  Commissioner Tracy D'Souza did this knowing that Voncelle James perjured

11  herself on the Peace Order Petition.  This further denied them their rights under

12  Title II, V, and VI of the Americans with Disabilities Act of 1990.

13

14  B. On or about 16 June 2019, The Montgomery County States Attorney and

15  **Commissioner Tracy D'Souza** denied Margaret Bozgoz equal protection under

16  the law and against ADA Title II after Margaret Bozgoz informed her that she has

17  PTSD and Voncelle James exacerbates it every time she perjures herself and

18  Judges, US Assistant Attorneys, VA's General Counsel and VA Leadership turns

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

146

a blind eye to fraud, waste and abuse. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990.

C. **On or about 16 June 2019**, Commissioner Tracy D'Souza asked Margaret Bozgoz how did she know that Voncelle James perjured herself on the petition. When Margaret Bozgoz provided her evidence and went over the petition with the Commissioner, Tracy D'Souza, she still denied equal protection stating the rules that she had did not allow her to approve the petition for protection and peace order. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990.

D. The lack of protection and lack of action as described above by Commissioner Tracy D'Souza caused the Plaintiffs the following harm: (1) decline in health, (2) unwanted threats, (3) humiliation, (4) Increase in family medical bills, (5) loss of faith in the VA and Judicial system, (6) Denial of due process, (7) Loss of family time due to administrative trickery, (8) tricked into going through a Judicial System that is rigged in VA's favor, (9) Denial of effective RA for family,(10) denial of Constitutional Rights and (11) interference/delay of Justice and District

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

147

1  Court case. This further denied them their rights under Title II, V, and VI of the

2  Americans with Disabilities Act of 1990.

### 279. J. Gray, Court Commission for Montgomery County District Court (Individual and Official Capacity)

A. Montgomery County District Court Commissioner J. Gray, denied Lance equal protection under the law against Voncelle James' assault one minute after Judge Williams walked into her office. When his ADA representative, Margaret Bozgoz asked her why she was denying him equal protection Margaret Bozgoz specifically said you didn't let him go to the back of the bus, you did not let him get on it. Commissioner Gray's response was that she did not see probable cause. However, the Montgomery County States Attorney begged to differ after reviewing Lances Fulgium petition and watching the 6 June 2019 incident of Voncelle James taunting her husband assaulting the Bozgozes process server and his driver. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

148

B. The lack of protection and lack of Action as described above by **J. Gray** caused the Plaintiffs the following harm: (1) decline in health, (2) denial in Safety for Process Server and Son (3) unwanted threats, (4) humiliation. Increase in family medical bills, (5) loss of faith in the VA and Judicial system, (6) Denial of due process, (7) Loss of family time due to administrative trickery, (8) tricked into going through a Judicial System that is rigged in VA's favor, (9) Denial of effective RA for family,(10)  denial of Constitutional Rights and (11) interference/delay of Justice and District Court case.  This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990.

**280. James Byrne, VA General Counsel   (Individual and Official Capacity)**

**281. Fred Haynes, Former Assistant U.S. Attorney (Individual and Official Capacity)**

**282. Darryl G. Blackwell, VA Security Policy (Individual and Official Capacity)**

A.  **On or about 2 April 2019, James Byrne, VA General Counsel, Fred Haynes, Former Assistant U.S. Attorney** conspired with Angela Kendrix to submit

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

149

documents proposing to fire plaintiff Robert Bozgoz violating his due process

rights under the 1973 Rehabilitation Act.

B. **On or about 31 May 2019** <u>**VA General Counsel, James Byrnes, Fred Haynes and Mr. Darryl Blackwell**</u> are responsible for volunteering to help the Bozgozes

with service of summonses and setting up the Bozgozes to fail as per Voncelle

James' testimony on 13 June 2019 and the evidence stated above. Voncelle

James stated that Judge Amy Jackson and the Attorneys were talking.

C. **On 2 June 2019, James Byrne, VA General Counsel, Fred Haynes, Former Assistant U.S. Attorney** informed Voncelle James not to inform the Bozgozes

that she would accept service for the summons Lance Fulgium served at her

house to her father-in law.  This violated the Bozgozes' and Lance Fulgium's

Fifth Amendment Rights of due process and due process under the Title II of the

Americans with Disability Act of 1990.

D. **On 4 and 5 June 2019**, Mr. Haynes and Mr. Blackwell coordinated with the

Bozgozes VIA phone and email to serve the remaining defendants to include

Voncelle James and Angela Kendrix.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium**,** Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

150

E. **On 4 and 5 June 2019**, Mr. Haynes, Mr. James and Mr. Blackwell coordinated with VA Staff, Voncelle James, Angela Kendrix how to set the Bozgozes by bringing false criminal charges against them by: (1) Filing False Police Report, (2) Filing a False Peace Order and (3) Filing False Criminal Charges on: (a) 10 June and (b) 26 July 2019 using a Peace order from Judge William that was VOID as subject matter jurisdiction was not established on 13 June 2019 at the Bozgozes' hearing. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990.

F. **On 5 and 6 June 2019**, after the Bozgozes served Voncelle James, **James Byrne, VA General Counsel, Fred Haynes, Former Assistant U.S. Attorney, and Darryl G. Blackwell, VA Security Policy Director and VA Leadership** counseled and guided Voncelle James to file a false police report and false peace order after Lance Fulgium, their process server served Voncelle James at her home. This violated their Fifth Amendment rights of due process and rights secured by 18 U.S.C. 1501, Obstruction of Justice – Interfering with a Process Server. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

151

**G. On 6 June 2019 James Byrne, VA General Counsel, Fred Haynes, Former Assistant U.S. Attorney** informed Angela Kendrix to contact the Bozgozes after they saw the Whistleblower YOUTUBE Video of Voncelle James and her husband assaulting the Process Server, Lance Fulgium and his driver, Robert Bozgoz at 3:50 pm before Voncelle James retaliated and filed a false police report and false peace order at 11: 17 am against the Bozgozes.  This violated their due process rights under the Fifth Amendment and Title II, V and VI of the Americans with Disabilities Act.

**H. Fred Haynes, Former Assistant U.S. Attorney, and Darryl G. Blackwell, VA Security Policy Director** immediately cancelled the Bozgozes afternoon meeting for 6 June 2019 ref: Serving the Summons on the VA Defendants in the after Margaret Bozgoz sent them the 6 June 2019 Video of Voncelle James and her husband assaulting her son, Lance Fulgium and her husband Robert Bozgoz, the process servers Driver at 0900 before Voncelle Filed the false police report and false peace order and after they guided Voncelle James to file false criminal charges against the Bozgozes on 10 June 2019.   This violated the

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

152

Bozgozes' and Lance Fulgium's rights under Title II, V, VI of the Americans with Disabilities Act of 1990.

I. **On 10 June 2019, James Byrne, VA General Counsel, Fred Haynes, Former Assistant U.S. Attorney, Darryl G. Blackwell, VA Security Policy** Director and VA Leadership counseled and guided Voncelle James to file false criminal charges against Robert and Margaret Bozgoz in retaliation [and after Margaret Bozgoz requested (1) VA OSHA, Larry Green, (2) VA Whistleblower Protection, Dina Dizel, agency and (2) Office of Special Counsel, Robert NaChanza and VA Leadership (Robert Wilkie, Mike Frueh, Angela Kendrix, Paul Lawrence, Margarita Delvin and etc.) to conduct an investigation on Mr. Fred Haynes and Mr. Daryl Blackwell for conspiring with the Montgomery State Judge and US States Office for expediting and setting Robert and Margaret Bozgozes up with a false peace order on 6 June 2019 at approximately 11:17 am. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990.

J. **On 13 June 2019, On 10 June 2019, James Byrne, VA General Counsel, Fred Haynes, Former Assistant U.S. Attorney, and Darryl G. Blackwell, VA Security Policy** counseled allowed Voncelle James to lie in court under oath

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

153

1  without telling Voncelle James that the Bozgozes had a video of her Lance

2  Fulgium, the Process Server.  This further denied them their rights under Title II,

3  V, and VI of the Americans with Disabilities Act of 1990.

5  K. **On 13 June 2019 at approximately 10:00 am, (1) Fred Haynes, Former**

6  **Assistant U.S. Attorney, (2) Darryl G. Blackwell, VA Security Policy**

7  **Director, (3) Dr Paul Lawrence, (4) Angela Kendrix, and (5) Candace Thorpe**

8  **ignored the Bozgoz's Subpoena and did not show up to testify as**

9  **competent witnesses in court in their own individual capacity. Allowing**

10  **Voncelle James to perjure herself in open court, under oath and on**

11  **recording.**  This further denied them their rights under Title II, V, and VI of the

12  Americans with Disabilities Act of 1990.

14  L. **From 11 Jan 2018 to date, James Byrne, VA's General Counsel** leads a team

15  of Paralegals, Lawyers and Staff to commit felonies on the Bozgozes (and others).

16  This further denied them their rights under Title II, V, and VI of the Americans with

17  Disabilities Act of 1990.

22  Margaret and Robert Bozgoz
3553 Burr CT Unit A
23  Fort George G Meade, MD 20755
410-858-0107

24  Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
25  Mountain Home
ID, 83647

154

M. The lack of protection and lack of Action as described above by **VA General Counsel, James Byrnes, Fred Haynes and Mr. Darryl Blackwell** caused the Plaintiffs the following harm: (1) decline in health, (2) denial in Safety (3) unwanted threats, (4) humiliation, (4) loss of privacy. Increase in family medical bills, (5) loss of faith in the VA and Judicial system, (6) Denial of due process, (7) Loss of family time due to administrative trickery, (8) tricked into going through an ORM/EEOC system and a Judicial System that is rigged in VA's favor, (15) Denial of effective RA for family,(16) denial of Constitutional Rights and (17) interference/delay of Justice. **Their actions put Robert's life at risk as they know his younger brother died after his stroke on 2 Feb 2019.**

280. **Robert Wilkie**, Secretary of Veterans Affairs. **(Individual and Official Capacity)**

A. From 28 Jun 2018 to date, Margaret Bozgoz, ADA Representative sent safety messages to Mr. Wilkie asking him to assist with (1) causing further harm, (2) Recusing Angela Kendrix and Voncelle James from causing further harm and (3) preventing Civil Rights/ORM Violations at VA. Also, on 22 -date, the ADA Representative asks Mr. Wilkie to get involved and help stop the OSHA/Safety violations. On 15 Aug 2018 [while Robert was in the hospital

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

155

after VA ordered him back on 18 June 2018 against his board certified doctor's orders] at approximately 7:00 am, Margaret Bozgoz informed Mr. Wilkie and VA Leadership that (1) the Office of Field Operations and (2) Office of Client Relations were violating his EEO, NO FEAR, and Inclusion Policy. Three hours later, Mr. Wilkie sent out an EEO, Diversity and Inclusion, NO FEAR, Rights and Protection Policy Statement". Other emails sent to Robert Wilkie asking for help due to safety, fraud, waste and abuse are listed above. The lack of protection and lack of Action as described above by Mr. Wilkie caused the Plaintiffs the following harm: (1) decline in health, (2) loss of house in GA, (3) loss of VA benefits, (4) denial of VA benefit, (5) denial in Safety/OSHA inspection (6) unwanted threats, (7) humiliation, (8) denial of transfer away from perpetrators (9) loss of privacy,(10). Increase in family medical bills, (11) loss of faith in the VA and Judicial system, (12) Denial of due process, (13) Loss of family time due to administrative trickery, (14) tricked into going through an ORM/EEOC system that is rigged, (15) Denial of effective RA for family, denial of Constitutional Rights and interference/delay of Justice and District Court case and (16) Loss of Business Opportunities for E2 Business and loss of mentoring and coaching for Veterans. His actions or lack of, put Robert and his family's life at Risk. This further denied them their

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

156

rights under Title II, V, and VI of the Americans with Disabilities Act of 1990.

His actions/lack of actions also violated the Occupational Safety and Health

Administration Act of 1970.

281. **Dr. Paul Lawrence, Ph.D.**, Under Secretary for Benefits **(Individual and Official Capacity)**

A. Dr. Lawrence is Under Secretary responsible for the Veterans Benefits

Administration (VBA). The VBA is known for reoccurring discrimination.

B. On 22 May 2018, Margaret Bozgoz informed **Dr. Paul Lawrence** how the ORM

system was rigged by design.  She also asked him for assistance in initiating an

OSHA/Safety Violations because her husband one of his employees was

suicidal. She also informed him how the retaliation and no hope in the justice

system was affecting the family. Dr. Paul Lawrence responded by saying,

"Thank You".   This further denied them their rights under Title II, V, and VI of

the Americans with Disabilities Act of 1990.

C. As stated on the dates above **(e.g., 31 May 2018, 14 Jun, 17 Jun, 28 Jun, 9

Jul, 31 Jul 2018, 1 Aug, 2 Aug, 15 Aug,** the ADA representative sought out Dr.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium**,** Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

157

Title II, V, and VI of the Americans with Disabilities Act of 1990. This further violated the ADA interference law.

D. **On 5 June 2019, <u>Voncelle James</u>** volunteered to be used as the scapegoat aka "throw away for VA". As stated above, Voncelle James, volunteered to humiliate, bring false criminal charges, deny the Bozgozes of family time, financial ruin, harass, lie, cheat, perjure herself on national television, in the court room with the police, abuse her power, attempt to falsely throw the Bozgoz in jail using fake peace orders. This violated the First, Fifth and Thirteenth Amendments to the U.S. Constitution. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990. This further violated the ADA interference law

E. Voncelle James violated the Bozgozes' and Lance Fulgium's privacy by going into the Bozgozes records to find out information about Lance and Margaret Bozgozes' PTSD to use against her [and Lance Fulgium] on 6 June 2019. This violated the First, Fifth and Thirteenth Amendments to the U.S. Constitution. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990. This further violated the ADA interference law.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium**,** Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

F. **On 6 June 2019,** Voncelle defamed and slandered Robert Bozgoz's name by stating in the presence of Khalil James and Lance Fulgium he resigned in lieu of being fired for the mistreatment of his employees. This violated the First, Fifth and Thirteenth Amendments to the U.S. Constitution. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990. This further violated the ADA interference law.

G. **On 6 June 2019 at approximately 7:14,** am Voncelle James under the Guidance of VA Leadership, Mr. Blackwell and VA General Counsel, James Byrnes, Voncelle James filed a false police report against Robert stating "he was going to get her." This violated the First, Fifth and Thirteenth Amendments to the U.S. Constitution. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990. This further violated the ADA interference law.

H. **On 6 June 2019 at approximately 11:17 am,** Voncelle James under the Guidance of VA Leadership, Mr. Blackwell and VA General Counsel, James Byrnes, and Judge Williams, Voncelle James filed a false peace order against

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

174

Robert and Margaret Bozgoz with the intent to destroy their reputation, credit, exacerbate their PTSD and put them in jail. This violated their rights under the First, Fifth and Thirteenth Amendments to the U.S. Constitution. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990. This further violated the ADA interference law.

I.  **On 6 June 2019,** Voncelle James perjured herself in front of Judge Williams and under oath and on her petition as Judge Williams guided her with answers. Voncelle James lied about Robert's 2 fabricated harassment incidents, Margaret's location and weapons in their vehicle on 6 June 2019. This violated their rights under the First, Fifth and Thirteenth Amendments to the U.S. Constitution. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990. This further violated the ADA interference law.

J.  **On 6 June 2019,** Voncelle James perjured herself in front of Judge Williams under oath and on her petition as it pertains to the Bozgozes having weapons in their vehicle. She did this so the FBI could get involved under the Patriot Act and/

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

175

or give the FBI reason to monitor the Bozgozes phone calls, emails, etc. This violated their rights under the First, Fifth and Thirteenth Amendments to the U.S. Constitution. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990. This further violated the ADA interference law.

K. **On 6 June 2019,** Voncelle James admitted under oath that Angela Kendrix, VA Attorneys, Mr. Blackwell, U.S. Attorney's Office and Judge Jackson are working together to conspire to drop the Bozgoz's Employment Discrimination, Civil Rights and RICO case by 24 June 2019 due to immunity.

L. On 6 June and 13 June 2019, at the hearings in Montgomery County Voncelle James admitted that Robert has an ADA advocate.

M. **On 13 June 2019**, at the hearing Voncelle James failed to disclose she had filed criminal charges against Robert and Margaret Bozgoz after meeting with VA General Counsel, Mr. Haynes and Mr. Blackwell. She filed these charges at 9:37 PM on 10 June 2019 using tax dollars. This violated their rights under the First, Fifth and Thirteenth Amendments to the U.S. Constitution. This further denied

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

176

them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990. This further violated the ADA interference law.

N. **On 13 June 2019**, Voncelle James admitted under oath that she was aware of Robert's 2016 Reasonable Accommodations (RA). This violated their rights under the First, Fifth and Thirteenth Amendments to the U.S. Constitution. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990. This further violated the ADA interference law.

O. **On 13 June 2019**, Voncelle James admitted under oath that she violated Robert's RA on 11 January and 12 January 2018. This violated their rights under the First, Fifth and Thirteenth Amendments to the U.S. Constitution. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990. This further violated the ADA interference law.

P. **On 13 June 2019**, Voncelle James admitted under oath that she violated the ADA interference law because HR guided her to. Note Karen Agee, HR is a paralegal who works for the General Counsel James Byrne. This violated the

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

1     Plaintiffs and Lance Fulgium's rights under the First, Fifth and Thirteenth

2     Amendments to the U.S. Constitution. This further denied them their rights under

3     Title II, V, and VI of the Americans with Disabilities Act of 1990. This further

4     violated the ADA interference law.

5

6    Q. **On 13 June 2019**, Voncelle James admitted under oath that she violated the

7     1973 Rehabilitation Act/ADA because she was Robert's supervisor and she

8     needed to talk to him about VA business. This violated their rights under the

9     First, Fifth and Thirteenth Amendments to the U.S. Constitution. This further

10     denied them their rights under Title II, V, and VI of the Americans with Disabilities

11     Act of 1990. This further violated the ADA interference law.

12

13

14    R. **On 13 June 2019**, Voncelle James admitted under oath the reason she did not

15     acknowledge receipt of the summons left at her residence on 2 June 2019 was

16     because VA Attorneys said they would talk to the Judge [Amy Jackson] and work

17     it out. This violated their rights under the First, Fifth and Thirteenth Amendments

18     to the U.S. Constitution. This further denied them their rights under Title II, V,

19     and VI of the Americans with Disabilities Act of 1990. This further violated the

20     ADA interference law.

21

22 Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755

23 410-858-0107

24 Lance Fulgium, Pro se
945 W. 5N, Street Apt A2

25 Mountain Home
ID, 83647

S. **On 13 June 2019**, during the hearing the United States Attorney sent an attorney, other than Mr. Haynes, to quash the subpoenas thereby prohibiting the competent witnesses from providing testimony. This act allowed the VA to continue to propagate its conspiracy of silence. LTC M Sue Bozgoz then she had previously reported VA's illegal acts to NAACP and the ACLU. Judge Williams stated just because you won that Civil Rights case doesn't mean you will win in my court. This violated their rights under the First, Fifth and Thirteenth Amendments to the U.S. Constitution. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990. This further violated the ADA interference law.

T. **On 13 June 2019**, during the hearing Judge Williams said that Khalil James should not testify under oath if he had pending criminal charges filed against him because his testimony could be used by the criminal courts. However, at the 9 July 2019 supplemental hearing Judge Williams gaslighted the Bozgozes and told them nothing that was said or produced in these hearings could be used during any future hearings. Furthermore, Judge Williams did not request the attendees to take an oath which he had done on 13 June 2019. This violated

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

their rights under the First, Fifth and Thirteenth Amendments to the U.S. Constitution. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990. This further violated the ADA interference law.

U. On 13 June 2019, the U.S. Attorney's representative announced to the Court that because the Bozgozes had a Title VII the government would not allow the competent witnesses to testify. LTC Bozgoz responded under oath that she had it wrong and informed the Court that their Federal Court case involved fraud, waste, abuse, perjury, 1983 KKK Civil Rights willful violations, RICO, in addition to the Title VII matters. This violated their rights under the First, Fifth and Thirteenth Amendments to the U.S. Constitution. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990. This further violated the ADA interference law.

V. **On 13 June 2019**, LTC Bozgoz testified under oath before Judge Williams that the videos she had posted involve VA violating Robert's civil rights and not harassment of Voncelle James.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

180

W. **On 6 June 2019**, during her ex parte hearing with Judge Williams Voncelle James showed one of LTC Bozgoz's whistleblower video showing civil rights violations. These videos were prepared to inform VA employees and the public about dangers of being a VA employee. This violated their rights under the First, Fifth and Thirteenth Amendments to the U.S. Constitution. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990. This further violated the ADA interference law.

X. **On 13 June 2019**, as a result of the harassment and the temporary Peace Ordering LTC M. Sue Bozgoz was forced her to remove her whistleblower videos from YouTube. This violated their rights under the First, Fifth and Thirteenth Amendments to the U.S. Constitution. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990. This further violated the ADA interference law.

Y. <u>**On 7 June 2019 at approximately 7:00 am**</u> under the guidance of VA Leadership, Mr. Blackwell and VA General Counsel, James Byrnes, and Judge Williams, Voncelle James was responsible for having an Anne Arundel County

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

181

Sheriff serve the peace order on the Bozgozes.  Thereby exasperating their
PTSD, threatening them with jail and delaying their Federal District Court case
against the defendants.  This violated their rights under the First, Fifth and
Thirteenth Amendments to the U.S. Constitution.  This further denied them their
rights under Title II, V, and VI of the Americans with Disabilities Act of 1990.  This
further violated the ADA interference law.

Z. **On 9 July 2019,** Voncelle James appears in court and requests Judge Williams
to use his void Peace Order to put the Bozgozes in Jail for violating his void
Peace Oder. She informs him that the Bozgozes should be put in jail based one
of Chris King's whistleblower/first amendment videos that exposes VA corruption.
When Judge Williams asks Voncelle to demonstrate how a third party violates his
Peace Order she shows him evidence that Chris King is their ADA representative
instantly violating the ADA law.  This violated their rights under the First, Fifth and
Thirteenth Amendments to the U.S. Constitution.  This further denied them their
rights under Title II, V, and VI of the Americans with Disabilities Act of 1990.  This
further violated the ADA interference law.

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

AA.     **On 13 June 2019**, Voncelle James perjured herself in open court against the Bozgozes not knowing that they had a video recording contradicting her testimony.

BB.     **On 13 June 2019**, Voncelle James informed the Court that the Bozgoz had broken Judge Williams' illegal peace order obtained by fraud with the hopes of bringing false criminal charges against them. When Judge Williams stated that he was not going to "hang" them for Chris King's video, Voncelle James failed to inform the court that she and VA General Counsel told her to file false criminal charges on 10 June 2019. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990. This further violated the ADA interference law.

CC.     <u>**On or about 26 July 2019,**</u> Voncelle James with the guidance of VA Leaders, VA General Counsel, Assistant U.S. Attorney Matt Kahn and District Judge Amy Jackson reports to the Montgomery County District Court Commissioner and files criminal charges against Robert Bozgoz using the fraudulent void peace order she received from Judge Williams on 6 June 2019. Voncelle James uses an email sent to his ADA representative, Chris King, that

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

responds to the ADA representative's email regarding Robert's workers compensation hearing. Voncelle James omits the fact that Robert was attending his workers' comp hearing because she falsified her supervisors Worker's Comp report when Robert suffered a stroke that she caused by ordering him back to work on 18 June 2018 against his board-certified doctor's orders. Had Voncelle James not lied on her supervisor's report that she submitted through Judy Lane to Workers comp to hide her criminal deeds Robert would never have been at this workers' comp hearing in the first place. Furthermore, Voncelle James states that Robert's worker's comp activity to his ADA Representative, Chris King was criminal because it harassed and intimidates her. She leaves out the fact that she is the main perpetrator, the harasser and the criminal as evidenced by her bringing charges once again using false evidence and the fake peace order. Voncelle James leave off the fact that she was a CC addressee on the initial email (as left-over information). She once again uses the Peace Order which was procured by lies and false facts to attempt to gain an advantage over the Plaintiffs in their Federal District Court case where she is the main perpetrator and criminal. This violated their rights under the First, Fifth and Thirteenth Amendments to the U.S. Constitution. This further denied them their rights under

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

184

Title II, V, and VI of the Americans with Disabilities Act of 1990. This further violated the ADA interference law.

DD.    Voncelle James lack of protection and lack of Action as described above and on 11 and 12 Jan 2018 to date caused the Plaintiffs the following harm: (1) decline in health, (2) loss of house in GA, (3) loss of VA benefits, (4) denial of VA benefit, (5) denial in Safety/OSHA inspection (6) unwanted threats, (7) humiliation, (8) denial of transfer away from perpetrators (9) loss of privacy,(10). Increase in family medical bills, (11) loss of faith in the VA system, (12) Denial of due process, (13) Loss of family time due to administrative trickery, (14) tricked into going through an ORM/EEOC system that is rigged, (15) Denial of effective RA (16) Interference of District Court case, (18) Her drama and actions put Robert's health in danger right when he is trying to heal from her abuse. This violated their rights under the First, Fifth and Thirteenth Amendments to the U.S. Constitution. This further denied them their rights under Title II, V, and VI of the Americans with Disabilities Act of 1990. This further violated the ADA interference law.

**287. Khalil James, Spouse of Voncelle James (Individual and Official Capacity)**

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

185

**A. On 6 June 2019,** Khalil James obstructed justice and assaulted Lance
Fulgium, the Process Server and Robert Bozgoz while Robert was acting as the
Process Server's driver and ADA rep. Both had a right to conduct legal business
without assault. Khalil James' action is against federal law, 18 U.S.C. § 1501 and
the ADA. His actions were performed at the behest of VA Leadership, VA
General Counsel James Byrne, Voncelle James all whom conspired against the
Bozgozes and Lance Fulgium. This violated their rights under the First, Fifth and
Thirteenth Amendments to the U.S. Constitution. This further denied them their
rights under Title II, V, and VI of the Americans with Disabilities Act of 1990. This
further violated the ADA interference law.

**288. Melvin Gerrets, Chief Program Operations, Compensation Service (Individual
and Official Capacity)**

**A. Melvin Gerrets,** Chief Program Operations for Compensation Service, VBA
coordinated with Voncelle James and Angela Kendrix on 19 Jan after they
discovered the ADA Representative filed a complaint against VA on 18 Jan
2018. Mr. Gerrets ignored the fact his actions were done in retaliation and
against the law. On 30 Jan 2018, Mr. Gerrets conducted a fact-finding

Margaret and Robert Bozgoz
3553 Burr CT Unit A
Fort George G Meade, MD 20755
410-858-0107

Lance Fulgium, Pro se
945 W. 5N, Street Apt A2
Mountain Home
ID, 83647

186